UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.:   8:09-cr-93-T-23EAJ

WASHINGTON RUIZ OVIEDO
_____/

## **ORDER**

Claiming that recent amendments to the United States Sentencing Guidelines "could further reduce and or adjust [his] sentence," Oviedo moves (Doc. 139) "For reduction of Sentence in Light of the November 1st 2010 Amendments to the U.S.S.G." and seeks "the specific departure based on cultural assimilation (§ 2L1.2) and or any combination of departures and variances."

Oviedo's judgment of imprisonment (Doc. 119) was filed August 13, 2009. Oviedo filed no direct appeal.

A reduction in a term of imprisonment is authorized by 18 U.S.C. § 3582(c)(2) when a guideline range applicable to a defendant is subsequently lowered and the applicable amendment is listed in Section 1B1.10(c) of the Sentencing Guidelines.

Because none of the November 1, 2010, amendments to the Sentencing Guidelines is listed in Section 1B1.10(c) of the Sentencing Guidelines, the amendments apply prospectively only.

Accordingly, Oviedo's motion for a reduction of sentence is **DENIED**.

ORDERED in Tampa, Florida, on November 8, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE